# UNITED STATES DISTRICT COURT
# TELEPHONIC FINAL PRETRIAL CONFERENCE

Date: **4/27/2023**                  Judge:      **Trenga/(JFA)**
Time: **1:20 - 1:25**               Deputy Clerk:    **Dani Zirk**

Civil Action Number: **1:22-cv-1225**

**MARTENS**

V.

**DEL TORO**

APPEARANCES:
    Counsel for Plaintiff and Defendant present telephonically.

TRIAL:
[**X**] Case set for trial by JURY on **7/24/2023 at 10:00 a.m.**
[   ] Case set for trial by COURT on _____ at _____

[   ] Summary Judgment Motions are due on _____
[   ] Summary Judgment Motions will be heard on _____ at 10:00 a.m.

[   ] Parties are directed to schedule a Settlement Conference with Magistrate Judge.