Case 1:22-cv-01225-AJT-JFA   Document 70   Filed 06/28/23   Page 1 of 2 PageID# 360

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| PATRICIA MARTENS,<br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>CARLOS DEL TORO, Secretary,<br>U.S. Department of the Navy,<br>　　　　　　Defendant. | Civil Action<br><br>Civil No. 1:22cv1225 (AJT/JFA)<br><br>Dated:  June 27, 2023 |

## NOTICE OF APPEAL

　　Notice is hereby given that plaintiff, Patricia Martens, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order (**Doc. 68**) (Exhibit A), entered on May 1, 2023, granting the Defendant's Motion to Dismiss for failure to state a claim and for dismissing the Complaint.

　　　　　　　　　　　　　　　　s/ *Lenore C. Garon*
　　　　　　　　　　　　　　　　　Lenore C. Garon (VA Bar #39934)
　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　Law Office of Lenore C. Garon, PLLC
　　　　　　　　　　　　　　　　　2412 Falls Place Court
　　　　　　　　　　　　　　　　　Falls Church, VA 22043
　　　　　　　　　　　　　　　　　Phone: 703-534-6662
　　　　　　　　　　　　　　　　　Fax: 703-534-4448
　　　　　　　　　　　　　　　　　lenore@lenorecgaron.com

　　　　　　　　　　　　　　　　s/ *Dennis L. Friedman*
　　　　　　　　　　　　　　　　　Dennis L. Friedman (PA Bar #19385)
　　　　　　　　　　　　　　　　　Attorney for Plaintiff pro hac vice
　　　　　　　　　　　　　　　　　1515 Market Street, Suite 1650
　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　Phone: 215-567-4600
　　　　　　　　　　　　　　　　　Fax: 215-567-7877
　　　　　　　　　　　　　　　　　friedman.dennis@gmail.com

## CERTIFICATE OF SERVICE

I certify that on June 27, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will provide notifications of such filing to all counsel of record.

s/ *Lenore C. Garon*

_____
Lenore C. Garon, Esquire VSB No. 39934
Law Office of Lenore C. Garon, PLLC
2412 Falls Place Court
Falls Church, VA  22043
Cell: 703-869-8475
Office: 703-534-6662
lenore@lenorecgaron.com